2002 OK CIV APP 86

**Samieria A. FOX, an individual, Plaintiff/Appellant,**

v.

**MITCHELL'S ENTERTAINMENT, INC., a corporation; and, Kisuk Mitchell, an individual, Defendants/Appellees,**

and

**Capone's, a business entity; Wistrand Management Corporation, an Oklahoma corporation; Stephen M. Wistrand, an individual, Defendants.**

**No. 95,904.**

Court of Civil Appeals of Oklahoma, Division No. 3.

July 12, 2002.

and

Ronald Lee Hurlbut, Burma Fay Andrews, and Clyde Jundur Hurlbut, Plaintiffs,

v.

Robert C. MORROW, Defendant/Appellant.

No. 96,599.

Court of Civil Appeals of Oklahoma, Division No. 3.

Aug. 9, 2002.

Paul Streck, Edmond, OK, for Plaintiff/Appellant.

Joe W. Davis, James H. Rice, Midwest City, OK, for Defendant/Appellee.

Opinion by CAROL M. HANSEN, Presiding Judge:

¶1 On June 5, 2002, this Court ordered Appellant to show cause why this appeal should not be dismissed for lack of an appealable order. In response, Appellant confirms the trial court has not dismissed her claim against Capone's. Although she makes a number of assertions of fact regarding the identity, ownership, and legal organization of Capone's, the trial court has made no determination of these issues.

¶2 The record before us reflects Capone's entered a general appearance and submitted itself to the jurisdiction of the court. Appellant's claim against Capone's is still pending. The order attached to the petition in error does not contain an express determination that there is no just reason for delay and an express direction for the filing of judgment. Therefore, the trial court's order is not a final order and is subject to revision at any time before the final order adjudicating all the claims and the rights and liabilities of all the parties is filed with the court clerk. 12 O.S. Supp.1995 § 994(A). This appeal is DISMISSED for lack of an appealable order.

ADAMS, J., and MITCHELL, J., concur.